# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

BYRON BLUEITT,

    Petitioner,

vs.

SCOTT R. FRAKES, and
TODD WASMER,

    Respondents.

8:20CV18

**ORDER**

IT IS ORDERED that Petitioner's Motion for Leave to Appeal in Forma Pauperis, Filing no. 7, is granted.

Dated this 6th day of February, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge